FILED IN CHAMBERS
U.S.D.C. - Newnan

MAY – 7 2019

By: _____
James N. Hatten, Clerk
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

DAVID POOLE,

      Plaintiff,

v.

MERIWETHER COUNTY,
GEORGIA,

      Defendant.

CIVIL ACTION FILE

NO. 3:18-cv-056-TCB

## J U D G M E N T

This action having come before the Court for a trial by jury on the merits on May 6 and 7, 2019, and the jury having returned its verdict on May 7, 2019, it is hereby ORDERED and ADJUDGED that judgment be and hereby is entered in favor of Plaintiff David Poole and against Defendant Meriwether County, Georgia in the amount of EIGHTEEN THOUSAND FIVE HUNDRED NINETY-SIX and 66/100 DOLLARS ($18,596.66) in compensatory damages with post-judgment interest thereon as provided by 28 U.S.C. § 1961.

SO ORDERED this 7th day of May, 2019.

_____
Timothy C. Batten, Sr.
United States District Judge