IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | |
|---|---|
| DAVID POOLE,<br><br>    Plaintiff,<br><br>v.<br><br>MERIWETHER COUNTY,<br>GEORGIA,<br><br>    Defendant. | CIVIL ACTION FILE<br><br>NO. 3:18-cv-56-TCB |

## **ORDER AND JUDGMENT**

This case comes before the Court on Plaintiff David Poole's unopposed motion [37] for judgment awarding liquidated damages. Poole prevailed at trial on his claims under the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.*, including his claim that Defendant Meriwether County's violation of the FLSA was willful. Accordingly, his motion is granted.

It is hereby ordered and adjudged that Poole is awarded liquidated damages in the amount of $18,596.66 pursuant to 29 U.S.C. § 216(b).

IT IS SO ORDERED this 3d day of June, 2019.

_____
Timothy C. Batten, Sr.
United States District Judge